## **STATEMENT OF FACTS**

      On Thursday, March 30, 2006, at about 3:45 p.m., sworn officers with the Metropolitan Police Department's First District went to xxxx x$^{st}$ Xxxxxx, X.X., Apt. xx, Xxxxxxxxxx, X.X. looking for a subject who was wanted on a warrant. Officers knocked on the door and asked the female who answered the door if there was anyone else in the apartment. When the female yelled out to an individual in the back that the police wanted to talk to him, the defendant Dewayne Jackson, jumped out of the window and dropped a gun to the ground. As the defendant picked the gun up, an officer ordered the defendant to put the gun down. Officers placed the defendant under arrest. Officers recovered a loaded Colt .45 caliber handgun. To the best of the undersigned officer's knowledge, defendant Dewayne Jackson has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. 1991-FEL-007059. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Colt .45 caliber handguns nor ammunition manufactured in the District of Columbia.

                                                _____
                                                OFFICER MICHAEL JEWELL
                                                FIRST DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MARCH, 2006.

                                                _____
                                                U.S. MAGISTRATE JUDGE